835 F.2d 873
 Barclay Properties, Inc., Locke (James D.), Pleasants
(Graydon O.), Shaffner (William F., III), Parker (Daniel),
Grove (Daniel G.), Sinclair (Susan A.), Wisner (Ronald),
Tyler (Robert O.), Burke (S. William), Newcomb (John R.),
Hitchcock (Ralph M., Jr.), Rosenberg (Richard)
v.
Palmer (Yolanda M.), FSI Finance, N.V., FSI Financial Group
of Virginia, Inc., Farnan (Jeanne A.), Sorrel
Shares, Inc., Suriel Finance, N.W.,
Jennings (Linda)
 NO. 85-1337
United States Court of Appeals,
Fourth Circuit.
 NOV 03, 1987
 
 1
 Appeal From: E.D.Va.
 
 
 2
 REVERSED.